Damon A. Harlin, Jr.
(Name)

10]3656
(Institution Register No.)

518 Parallel St., Atchison, KS. 66002
(Current Mailing Address)

**FILED**
AUG 15 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Damon A. Harlin, Jr., Plaintiff
(Full and Correct Name)

vs.

Donald Hudson, Jason Troll,
2 unknown federal
Correctional Officers, Defendants

CASE NO. 22-3129-SAC
(To be supplied by the Clerk)

**AMENDED**
CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A. JURISDICTION

1) Damon A. Harlin Jr., is a resident of Kansas
   (Plaintiff)                                    (State of residency prior to incarceration)

   who presently located at 518 Parallel St., Atchison, KS. 66002
                            (Mailing address or place of confinement.)

2) Defendant Donald Hudson is a resident of
   (Name of first defendant)

   Leavenworth, Kansas, and is employed as
   (City, State)

   Warden - U.S.P. Leavenworth, and may be
   (Position and title, if any)

   located at 1300 Metropolitan Ave. Leavenworth, KS. 66048. At the time the claim(s) alleged
              (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐

   If your answer is "Yes", briefly explain: He is the warden of a federal Correction facility

XE-2 (F)                    CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)                          1

3) Defendant __Jason Troll__ is a resident of
(Name of first defendant)

__Leavenworth, Kansas__, and is employed as
(City, state)

__Intake Assessor, U.S.P. Leavenworth__, and may be located at
(Position and title, if any)

__1300 Metropolitan Ave., Leavenworth, KS 66048__. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law?  Yes ☒  No ☐. If your answer is "Yes", briefly explain:

__He is an employee of a federal correctional facility__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

28 U.S.C. § 1343(a)(3); 28 U.S.C. § 2201 and 2202; 28 U.S.C. § 2283 and 2284 and Rule 65 of the Federal Rules Of Civil Procedure.

B. NATURE OF THE CASE

1) Briefly state the background of your case:

On 12/15/21 Plaintiff Damon Harlin Jr. was transferred to U.S.P Leavenworth where his blood pressure medication was confiscated from him and not returned. On 12/16/21 plaintiff became ill from not having his prescribed medication and required medical attention and ultimately the administering of a Nitro SL tablet to bring his BP (blood pressure) down from a lethal and dangerous level.

Defendants' Cont...

Defendant "Unknown Federal Correctional Officer #1" is approximately 5'8" tall, approximately 25-30 years old, white male with short brown hair and short brown beard. It is assumed the defendant lives in the state of Kansas, and is employed as a federal Correctional Officer holding the rank of Lieutenant at U.S.P. Leavenworth. He may be located at his place of employment for service of process. At the times alleged in this complaint he acted "under color of law" because he is a federal correctional officer. He may be served process at 1300 Metropolitan Ave. Leavenworth, Ks. 66048.

Defendant "Unknown Federal Correctional Officer #2" is approximately 5'11" tall, white male, approximately 25-35 years old and has short, reddish brown hair and a short reddish brown beard. It is assumed the defendant lives in Kansas, and is employed as a federal correctional officer at U.S.P. Leavenworth. He may be located at his place of employment for service of process. At the times alleged in the complaint he acted "under color of law" because he is a federal correctional officer. He may be served process at 1300 Metropolitan Ave., Leavenworth, KS 66048.

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: Violated plaintiffs civil rights under the 8th and 9th Amendments of the U.S. Constitution. Cruel and unusual punishment.

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): Defendant Donald Hudson is the Warden of U.S.P. Leavenworth. As the Warden he is in charge of the institution of policies and procedures that protect

   B) (1) Count II: Violated plaintiffs civil rights under the 8th Amendment of the U.S. Constitution. Cruel and unusual punishment, deliberate indifference

   (2) Supporting Facts: Defendant Jason Troll is an intake assessor at U.S.P. Leavenworth and on 12/15/21 he was the employee who conducted the intake assessment of the plaintiff @ approximately 1pm

   C) (1) Count III: Violated plaintiffs civil rights under the

3

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## C. CAUSE OF ACTION (continued)

1) A) (1) Count I: Continued...

(2) Supporting facts: Continued... the safety and welfare of pre-trial detainees at U.S.P. Leavenworth. Plaintiff asserts that had defendant Hudson properly trained U.S.P.'s correctional officers and medical staff as well as had proper safety measures in place (intercoms in cells) then the incident on 12/16/2021 would never had transpired. Defendant Hudson's willful disregard to properly train U.S.P.'s employee's and install intercoms in inmates cells amounts to deliberate indifference to the rights of the plaintiff that subjected the plaintiff to to physical harm.

1) B) (1) Count II Continued...

(2) Supporting facts: Continued... in which defendant Troll confiscated the plaintiffs doctor prescribed blood pressure medicine (Amlodipine, Lisinopril, Metoprolol) that the plaintiff must take regularly as scheduled to prevent his blood pressure from reaching a dangerous level. Defendant Troll assured plaintiff this was routine and that the medication would promptly be returned, however it was not returned to plaintiff and caused the plaintiffs medical emergency on 12/16/21. Defendant Troll knew of the dire importance of the plaintiffs medicine and failed to make sure it was returned to him.

CAUSE OF ACTION (continued)

1) c)(1) Count III Continued...

(2) Supporting facts: Continued... with his cellmate Charles Johnson. Plaintiff attempted to summon help but was to weak so his cellmate Charles Johnson yelled for help and for medical attention for a period of time of approximately 30 min. however no help responded. Plaintiffs cellmate began "mule kicking" the cell door and after approximately 30 minutes unknown federal correctional officer #1 (ufco#1) finally responded and stated he would summon medical however no one responded and after approximately another hour of yelling and kicking the door by his cellmate the defendant unknown federal correctional officer #2 (ufco#2) responded to retrieve previously handed out lunch trays (not to the medical emergency) and refused to check the condition of the plaintiff, plaintiff placed his arm in the food port to prevent defendant ufco#2 from leaving however defendant ufco#2 refused to retrieve help because he believed plaintiff "was faking". After a total time of around 2 hours had passed nurse T. Peterson responded at approximately 1:40pm (exhibit A) and it was found that plaintiffs blood pressure was 222/133. Plaintiff was rushed to the medical room and given a Nitro SL Tablet. Defendants ufco#1 and ufco#2 knew of plaintiffs need for immediate need for medical assistance and made a conscience decision to ignore his rights to medical care, causing the plaintiff pain and suffering.

8th Amendmend to the U.S. Constitution. Cruel and unusual punishment, deliberate indifference.

(2) Supporting Facts: At approximately 11am on 12/16/2021 the plaintiff started experiencing chest pain, numbness on his left side and dizziness. Plaintiff was in his 2 man cell #163 of A1 cellblock at U.S.P. Leavenworth

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

   Yes ☐  No ☒ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

   b) Name of court and docket number  N/A

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

   d) Issues raised  N/A

   e) Approximate date of filing lawsuit  N/A

   f) Approximate date of disposition  N/A

E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes ☐ No ☒.

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision __N/A__

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not __Cruel and unusual punishment, deliberate indifference. The proper forms were not available for filing grievances and I was transferred to Atchison County Jail.__

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. __I filed several hand written grievances because BP-9, 10 &11 forms were not available to me.__

F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief: __Declaration that the acts described herein violated plaintiffs rights under the Constitution and laws of the United States. A preliminary and permanent injunction ordering the defendant Donald Hudson to change policy and procedure at U.S.P to prevent future incidents as described herein. Compensatory damages of $100,000.00 against each defendant, jointly and severally. Punitive damages of $100,000.00 against each defendant.__

_____          _____
Signature of Attorney (if any)                    Signature of Petitioner

_____

_____
(Attorney's full address and telephone number)

5

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)